**Order entered November 29, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01147-CV

### PHILIP FLOYD, Appellant

### V.

### MMWKM ADVISORS, LLC, SERIES ERD I AND ELIAS DRAGON, Appellees

### On Appeal from the 471st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 471-02423-2021

### ORDER

This appeal follows the trial court's confirmation of an arbitration award. On August 2, 2022, the day after the trial court signed the order of confirmation, appellant filed a request for findings of fact and conclusions of law. *See* TEX. R. CIV. P. 296 (request due within twenty days of judgment). The trial court failed to file the requested findings and conclusions within twenty days as required by rule 297 of the rules of civil procedure, *see id.* 297, and, on August 29, 2022, appellant filed a notice of past due findings and conclusions, *see id.* (past-due notice due

within thirty days of original request). To date, the trial court has not filed any findings and conclusions, and appellant now moves to abate the appeal and direct the trial court to do so. Appellees oppose the motion by response filed November 28, 2022.

When, as here, the appealed order recites the trial court considered evidence, and a request for findings of fact and conclusions of law and past-due notice are timely filed, the trial court must file written findings and conclusions. *See id.* 296, 297; *Cherne Indus., Inc. v. Magallanes*, 763 S.W.2d 768, 772 (Tex. 1989); *see also Phillips v. McNeill*, 635 S.W.3d 620, 625 (Tex. 2021). Accordingly, we **GRANT** appellant's motion and **ORDER** the Honorable Andrea K. Bouressa, Presiding Judge of the 471st Judicial District Court, to make findings of fact and conclusions of law in accordance with Texas Rule of Civil Procedure 297 **no later than December 9, 2022**. We further **ORDER** any request for specified additional or amended findings or conclusions be made **by December 19, 2022** and any additional or amended findings and conclusions, or written verification additional findings are not appropriate, be filed **by December 29, 2022**. The trial court's findings of fact and conclusions of law, any request for additional or amended findings and conclusions, and any additional or amended findings and conclusions or verification shall be filed in a supplemental clerk's record with this Court **no later than January 6, 2023**.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Judge Bouressa; Collin County District Clerk Lynne Finley; and, the parties.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. The appeal will be reinstated no later than January 13, 2023.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE